# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany New York 12211

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
1918
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments only:
P.O Box 1918
Memphis, TN 38101-

October 20, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   97-14994         George L. Guarino

To Whom It May Concern:

Enclosed please find check #**089856** in the amount of $5.47. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.      7

Account#

Creditor       Key Bank
               c/o Weltman Etal
               175 Third St. Ste 900
               Columbus, OH 43215

Very truly yours,

Cheryl Corning

